John J. Buckley, Jr. (*pro hac vice*)
Daniel F. Katz (*pro hac vice*)
Edward C. Barnidge (*pro hac vice*)
Patrick H. Kim (*pro hac vice*)
David S. Kurtzer-Ellenbogen
WILLIAMS & CONNOLLY LLP
725 Twelfth Street NW
Washington, DC 20005
Tel:    (202) 434-5000
Fax:    (202) 434-5029

Craig T. Goldblatt (*pro hac vice*)
Isley Markman
WILMER CUTLER PICKERING HALE & DORR LLP
1875 Pennsylvania Avenue NW
Washington, DC 20006
Tel:    (202) 663-6000
Fax:    (202) 663-6363

*Attorneys for Defendant Intel Corporation*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>LEHMAN BROTHERS HOLDINGS INC., *et al.*,<br>Debtors. | Chapter 11<br>Case No. 08-13555 (JMP)<br>(Jointly Administered) |
| LEHMAN BROTHERS HOLDINGS INC. and<br>LEHMAN BROTHERS OTC DERIVATIVES INC.,<br>Plaintiffs,<br><br>v.<br><br>INTEL CORP.,<br>Defendant. | Adv. Proc. No. 13-01340 (JMP) |

**CERTIFICATE OF SERVICE**

The undersigned certifies that on January 14, 2014, a true and correct copy of the *Notice*

*of* and *Intel Corporation's Memorandum in Support of Motion for Withdrawal of Reference* was

served upon all counsel of record via the Court's CM/ECF system and was also served upon the

parties on the attached Service List via electronic mail.


Dated:  January 14, 2014                    /s/ John J. Buckley, Jr.
                                            John J. Buckley, Jr. (*pro hac vice*)
                                            WILLIAMS & CONNOLLY LLP
                                            725 Twelfth Street NW
                                            Washington, DC 20005
                                            Tel:    (202) 434-5000
                                            Fax:    (202) 434-5029

                                            *Attorney for Defendant Intel Corporation*

## SERVICE LIST

Mahesh Venkatakrishnan, Esq.
Todd R. Geremia, Esq.
JONES DAY
222 East 41st Street
New York, NY 10017
mvparlikad@jonesday.com
trgeremia@jonesday.com
*(Attorneys for Plaintiffs Lehman Brothers
Holdings Inc. and Lehman Brothers OTC
Derivatives Inc.)*