UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>LEHMAN BROTHERS HOLDINGS INC., *et al.*,<br>                        Debtors. | Chapter 11<br>Case No. 08-13555 (SCC)<br>(Jointly Administered) |
| LEHMAN BROTHERS HOLDINGS INC. and<br>LEHMAN BROTHERS OTC DERIVATIVES INC.,<br>                        Plaintiffs,<br>v.<br>INTEL CORP.,<br>                        Defendant. | Adv. Proc. No. 13-01340 (SCC) |

## NOTICE OF WITHDRAWAL OF APPEARANCE

PLEASE TAKE NOTICE that Embry J. Kidd, admitted *pro hac vice* in the above-captioned matter, hereby seeks leave to withdraw his appearance as an attorney of record for defendant Intel Corporation in this action. Mr. Kidd will no longer be an attorney at Williams & Connolly LLP as of May 6, 2014. The remaining attorneys of record for Intel Corporation will continue to represent the defendant in this matter.

Dated: May 5, 2014

By:

/s/ Embry J. Kidd
Embry J. Kidd (*pro hac vice*)
WILLIAMS & CONNOLLY LLP
725 Twelfth Street NW
Washington, DC 20005
Tel:   (202) 434-5000
Fax:   (202) 434-5029

*Attorney for Defendant Intel Corporation*