UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
                                                            :
In re:                                                      :   Chapter 11
                                                            :
LEHMAN BROTHERS HOLDINGS INC., *et al.,*                    :   Case No. 08-13555 (SCC)
                                                            :
                              Debtors.                      :   (Jointly Administered)
------------------------------------------------------------X
                                                            :
LEHMAN BROTHERS HOLDINGS INC. and                           :
LEHMAN BROTHERS OTC DERIVATIVES INC.:
                                                            :
                              Plaintiffs,                   :   Adv. Proc. No. 13-01340 (SCC)
                                                            :
v.                                                          :
                                                            :
INTEL CORP.,                                                :
                                                            :
                              Defendant.                    :
                                                            :
------------------------------------------------------------X

## STIPULATION MODIFYING EXPERT DISCOVERY DEADLINES

WHEREAS, on August 27, 2013, the Court entered the parties' Stipulated Scheduling Order (Dkt. No. 26) (the "Stipulated Scheduling Order") for this adversary proceeding;

WHEREAS, on June 25, 2014, the Court entered the parties' Stipulation Regarding Scheduling Order (Dkt. No. 44) (the "Stipulation Modifying Scheduling Order") for this adversary proceeding;

WHEREAS, the Stipulated Scheduling Order set the deadlines for the exchange of expert reports on July 1, 2014, the exchange of rebuttal expert reports on August 22, 2014, and the close of expert discovery on October 10, 2014;

WHEREAS, the Stipulation Modifying Scheduling Order modified the Stipulated Scheduling Order by, *inter alia*, extending the deadline for the parties to exchange expert reports

13-01340-scc    Doc 45    Filed 08/11/14    Entered 08/11/14 14:20:05    Main Document
Pg 2 of 3


from July 1, 2014 to July 22, 2014 and extending the deadline for the parties to exchange rebuttal expert reports from August 22, 2014 to September 12, 2014;

WHEREAS, the parties exchanged initial expert reports on July 22, 2014 in accord with the deadline set in the Stipulation Modifying Scheduling Order; and

WHEREAS, the parties have met and conferred regarding the remaining deadlines for expert discovery and agreed that, due to the schedules of witnesses and counsel, additional time for exchange of rebuttal expert reports and conducting expert depositions is required.

NOW, THEREFORE, the parties hereby stipulate and agree as follows:

1. The deadline for the parties to exchange rebuttal expert reports under paragraph 3 of the Stipulation Modifying Scheduling Order is extended from September 12, 2014 to October 3, 2014.

2. The deadline by which expert discovery shall be completed under paragraph 4 of the Stipulated Scheduling Order is extended from October 10, 2014 to October 17, 2014.

3. The deadline set in paragraph 5 of the Stipulated Scheduling Order for the filing of dispositive motions remains unchanged.

Dated: August 11, 2014

/s/ Mahesh Venkatakrishnan
Robert W. Gaffey
Jayant W. Tambe
Todd R. Geremia
Mahesh Venkatakrishnan
JONES DAY
222 East 41st Street
New York, New York 10017
Telephone: (212) 326-3939

*Attorneys for Plaintiffs Lehman Brothers Holdings Inc. and Lehman Brothers OTC Derivatives Inc.*

/s/ John J. Buckley, Jr.
John J. Buckley, Jr. (admitted *pro hac vice*)
Daniel F. Katz (admitted *pro hac vice*)
Edward C. Barnidge (admitted *pro hac vice*)
Patrick H. Kim (admitted *pro hac vice*)
David S. Kurtzer-Ellenbogen
James H. Weingarten
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N. W.
Washington, D.C. 20005
Tel: (202) 434-5000
Fax: (202) 434-5029

Craig T. Goldblatt (admitted *pro hac vice*)
Isley Markman
WILMER CUTLER PICKERING HALE & DORR LLP
1875 Pennsylvania Avenue NW
Washington, DC 20006
Tel: (202) 663-6000
Fax: (202) 663-6363

*Attorneys for Defendant Intel Corporation*

**IT IS SO ORDERED:**

August __, 2014
New York, New York

_____
HONORABLE SHELLEY C. CHAPMAN
UNITED STATES BANKRUPTCY JUDGE