# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

One Bowling Green
New York, NY 10004–1408

---

In re: Lehman Brothers Holdings Inc.                                            Bankruptcy Case No.: 08–13555–scc

Lehman Brothers Holdings Inc.
Lehman Brothers OTC Derivatives Inc.

                                                Plaintiff(s),

–against–                                                                                                    Adversary Proceeding No. 13–01340–scc

Intel Corp.

                                                Defendant(s)

---

## NOTICE OF PROPOSED FINDINGS AND CONCLUSIONS

Please take notice that the Honorable Shelley C. Chapman, U.S. Bankruptcy Judge, has filed the enclosed proposed findings of fact and conclusions of law in this matter.

Rule 9033(b) of the Federal Rules of Bankruptcy Procedure provides:

> Within 14 days after being served with a copy of the proposed findings of fact and conclusions of law a party may serve and file with the clerk written objections which identify the specific proposed findings or conclusions objected to and state the grounds for such objection. A party may respond to another party's objections within 14 days after being served with a copy thereof. A party objecting to the bankruptcy judge's proposed findings or conclusions shall arrange promptly for the transcription of the record, or such portions of it as all parties may agree upon or the bankruptcy judge deems sufficient, unless the district judge otherwise directs.

Following the objection period and the filing of the transcript if one is required, the clerk will transmit the proposed findings and conclusions together with any timely filed objections and transcripts to the district court.

Objections should be electronically filed using "Objection to Proposed Findings of Fact/Conclusions of Law" in the "Other" menu option under "Bankruptcy."

Dated: September 16, 2015                                                          Vito Genna
                                                                                   Clerk of Court