**Notice Recipients**

District/Off: 0208−1 | User: mlopez | Date Created: 9/16/2015
Case: 13−01340−scc | Form ID: fofcol | Total: 9

**Recipients of Notice of Electronic Filing:**
aty    Craig Goldblatt    craig.goldblatt@wilmerhale.com
aty    David Simon Kurtzer−Ellenbogen    dkurtzer@wc.com
aty    Elizabeth Bartlett Rao    lrao@wc.com
aty    Embry J Kidd    ekidd@wc.com
aty    James Harris Weingarten    jweingarten@wc.com
aty    Jayant W Tambe    jtambe@jonesday.com
aty    John J. Buckley, Jr.    jbuckley@wc.com
aty    Mahesh Venkatakrishnan    mvparlikad@jonesday.com

TOTAL: 8

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
aty    Robert W. Gaffey    Jones Day    222 East 41st Street    New York, NY 10017

TOTAL: 1